# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DENNIS MINOR

VERSUS

SGT. JORDAN AND STATE OF
LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS ELAYN HUNT
CORRECTIONAL CENTER

NO.  2020 CW 0931

**NOVEMBER 09, 2020**

In Re:   Sgt. Jordan and the State of Louisiana, through the
Department of Public Safety and Corrections, Elayn
Hunt Correctional Center, applying for supervisory
writs, 18th Judicial District Court, Parish of
Iberville, No. 79003.

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.** Louisiana Revised Statutes 15:1186(B)(2)(a)
provides, "[t]he order granting a prisoner's request to proceed
in forma pauperis automatically stays all proceedings, including
any service of process, until all costs of court or fees due the
clerk by the prisoner in [the] matter are paid." Moreover, the
district court previously "recalled and rescinded" the service
of process made upon relators/defendants by its August 21, 2019
Order. Accordingly, the portion of the district court's July
29, 2020 Order, reinstating the previously-made service of
process on defendants/relators, is vacated.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT